# KENNY, STEARNS & ZONGHETTI, LLC

26 BROADWAY
NEW YORK, NEW YORK 10004-1882

NOREEN D. ARRALDE

E-MAIL narralde@kszlaw.com

(212) 422-6111
FACSIMILE: (212) 422-6544, (212) 344-9473
WWW.KSZLAW.COM

NEW JERSEY OFFICE
P.O. BOX 508
SADDLE RIVER, NEW JERSEY
07458

November 16, 2007

**SO ORDERED**

The conference is rescheduled for July 31, 2008 at 9:30 a.m.

*George B. Daniels*
**HON. GEORGE B. DANIELS**

[JUL 1 8 2008]

**VIA FACSIMILE (212) 805-6737**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re: William Hall v. Maersk Line, Limited; U.S. Bank National Association
Case No.: 08 CV 03518 (GBD)

Dear Judge Daniels:

We represent defendants in the above-captioned case in which the initial pre-trial conference is scheduled for tomorrow at 9:30 a.m. Plaintiff's attorney, Jacob Shisha, telephoned us this afternoon from an out-of-town mediation to advise us of the conference. This firm was recently assigned to defend the case and understand settlement discussions were undertaken prior to the filing of the Complaint. Mr. Shisha and I have discussed the case in general terms, although I have not yet received the defendants' claim file, nor have I been able to file an answer on defendants' behalf.

We, Mr. Shisha and I, therefore jointly request tomorrow's pre-trial conference be adjourned for two weeks so we can on defendants' behalf enter an Answer and otherwise be better prepared for the conference.

Very truly yours,

Kenny, Stearns & Zonghetti, LLC

*Noreen D. Arralde*
Noreen D. Arralde

cc: **VIA FACSIMILE (212) 385-0920**
Jacob Shisha, Esq./Ralph Mellusi, Esq.
Tabak, Mellusi & Shisha
29 Broadway
New York, New York 10006