UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WILLIAM HALL,

                              Plaintiff,                    Case No.: 08 Civ. 03518 (GBD)

       - against -

                                                           **Rule 7.1 Statement**

MAERSK LINE, LIMITED, and
U.S. BANK NATIONAL ASSOCIATION as
OWNER TRUSTEE,

                              Defendants.
-----------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for private (non-governmental) party MAERSK LINE, LIMITED ("MLL") certifies

that MLL is not publicly owned corporations nor do any publicly-held corporations own 10% or

more of its stock.


Dated:         New York, New York
               July 30. 2008


                                          KENNY, STEARNS & ZONGHETTI, LLC
                                          Attorneys for Defendant
                                          Maersk Lines, Ltd.

                                          */s/ Noreen D Arralde*

                              By:         _____
                                          Noreen D. Arralde (NA 7723)

                                          26 Broadway
                                          New York, New York 10004
                                          (212) 422-6111


                                       - 1 -